**ZHENG HUA WU, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 09–3375.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2010.

Filed: May 12, 2010.

Zheng Hua Wu, Indianapolis, IN, pro se.

Karen Yolanda Drummond, Richard M. Evans, Susan Bennett Green, Kristofer Ryan McDonald, U.S. Department of Justice, Washington, DC, for Respondent.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Chinese citizen Zheng Hua Wu petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture. We conclude that the decision was supported by sub-

stantial evidence on the record as a whole. *See Khrystotodorov v. Mukasey,* 551 F.3d 775, 781, 783 (8th Cir.2008); *Redd v. Mukasey,* 535 F.3d 838, 842–43 (8th Cir.2008); *Zine v. Mukasey,* 517 F.3d 535, 541 (8th Cir.2008). Accordingly, we deny the petition for review.